DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**AUDRAJEAN LOCATELLI,**
Appellant,

v.

**BRIAN S. LOCATELLI,**
Appellee.

Nos. 4D19-3294 and 4D20-1011

[December 22, 2021]

Consolidated appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Karen M. Miller, Judge; L.T. Case No. 502016DR0011135AXXXNB.

Troy W. Klein of Law Office of Troy W. Klein, P.A., West Palm Beach, for appellant.

Christopher R. Jette of Eisenberg & Fouts, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and FORST, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***